

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2025

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.

9/30/2025  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Ralph Wallace*, 25 Cr. 171 (LJL)

Dear Judge Liman:

   In light of the Yom Kippur holiday, the Government respectfully writes to request a one-day extension of the due date for its opposition to the defendant's motion for bail, which is currently due on October 2, 2025. Defense counsel consents to this request.

   Respectfully submitted,

   JAY CLAYTON
   United States Attorney

By: _____
   Getzel Berger
   Assistant United States Attorney
   (212) 637-1061

cc: Defense Counsel (by ECF)