

October 5, 2025

**BY ECF**

Hon. Lewis J. Liman
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

> REQUEST GRANTED.
> Defendant's pretrial motions due October 21, 2025. Government responses due November 24, 2025. Defendant's replies due December 5, 2025. The Evidentiary Hearing previously set for November 25 is rescheduled to December 10, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/6/2025
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Ralph Wallace*, 25-cr-171 (LJL)

Dear Judge Liman:

    We write on behalf of our client, Mr. Ralph Wallace, to respectfully request a two-week extension of the deadline for defendant's pretrial motions, currently due on October 7, 2025.  The government consents to this request.  The additional time is needed to allow the parties to continue conferring about outstanding discovery issues.  If granted, defendant's pretrial motions would be due on October 21, 2025, with government responses due November 24, 2025, and replies due December 5, 2025.

    We appreciate the Court's consideration.

    Respectfully submitted,

/s/ Anna Estevao
Justine Harris
Anna Estevao
Sophia Villareal
HARRIS TRZASKOMA LLP
156 West 56th St., Ste. 2004
New York, NY 10019
(212) 970-6465
jharris@harristrz.com
aestevao@harristrz.com
svillarreal@harristrz.com