

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 8, 2025

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">REQUEST GRANTED.
The Evidentiary Hearing previously set for December 10, 2025 is rescheduled to December 17, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.   The parties are requested to inform the Court by December 15, 2025, the witnesses proposed to be called and the estimated length of testimony.

12/9/2025
SO ORDERED.</span>

LEWIS J. LIMAN
United States District Judge

**Re:**   ***United States v. Ralph Wallace*, 25 Cr. 171 (LJL)**

Dear Judge Liman:

The Government writes to respectfully seek a one-week adjournment of the hearing currently scheduled for December 10, 2025, in light of the Court's order that the parties should be prepared to present evidence regarding the applicability of the plain-view exception to the warrant requirement.   One of the Government's anticipated witnesses is on leave this week and the Government has been unable to reach that witness today despite multiple attempts.   The requested adjournment will therefore facilitate the possible testimony by that witness.

Defense counsel consents to this request for adjournment.   The parties are available at December 17, 2025, at 2:00 p.m. and are prepared to submit a joint letter by December 16, 2025 indicating the witness(es) who will be called on December 17, 2025, and the estimated length of testimony (direct and cross) for each witness.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Getzel Berger / Madison Reddick Smyser
Assistant United States Attorneys
(212) 637-1061 / 2381

cc:  Defense Counsel (by ECF)