

March 12, 2026

**BY ECF**

REQUEST GRANTED.
The Sentencing hearing previously set for April 15, 2026 is rescheduled to May 19, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

3/16/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Wallace*, 25 Cr. 171 (LJL)

Dear Judge Liman:

We write on behalf of Ralph Wallace to respectfully request an adjournment of his sentencing, which is currently scheduled for April 15, 2026. This is the first request for adjournment of the sentencing, and the Government does not object.

We request this adjournment because counsel needs additional time to prepare objections to the Presentence Report and to prepare for sentencing. After conferring with the Government and the Probation Department, we respectfully request that the Court reschedule Mr. Wallace's sentencing to any of the following dates: May 19, 20, 27 (in the afternoon), 28, or 29.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Anna Estevao*

Anna Estevao
Sophia Villareal
HARRIS TRZASKOMA LLP
125 Broad Street, 10th Floor
New York, NY 10004
Tel: (212) 970-6465
Email: aestevao@harristrz.com

*Counsel for Ralph Wallace*

CC:    All counsel (by ECF)
       Probation Department (by email)