UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
v.

RALPH WALLACE

**Consent Order of Restitution**

25 Cr. 171 (LJL)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Getzel Berger and Madison Reddick Smyser, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count Three of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.    **Amount of Restitution**

Ralph Wallace, the defendant, shall pay restitution in the total amount of $2,400, pursuant to 18 U.S.C. §§ 3663, 3663A, and 2429, to the victim of the offense charged in Count Three ("Victim-1"). The name and address of Victim-1 are set forth in the Schedule of Victims attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of Victim-1, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with others not named herein.

### 2.    **Schedule of Payments**

The parties understand that, following the entry of this Order, Victim-1 intends to transfer title of the vehicle listed in the Schedule of Victims ("Vehicle-1") to the defendant. Within 14 days of the transfer of title to Vehicle-1, the defendant or his representative shall pay the Clerk of Court $2,400 pursuant to 18 U.S.C. § 3663A(b)(1)(B). If defendant does not make payment within

2025.02.20

the specified time, the payment schedule is as follows:  Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant, including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10 percent of the defendant's gross income, payable on the first of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, his monthly payments while serving his term of imprisonment shall be at least 10 percent of the defendant's gross income, payable on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

2025.02.20                                                    2

**4.**     **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5.**     **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of Victim-1, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: _Getzel Berger_____                    6/3/26
Getzel Berger / Madison Reddick Smyser              DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-1061 / -2381


RALPH WALLACE

By: _____                           6/3/26
Ralph Wallace                                       DATE


                                                    6/3/26
By: _____
Anna Estevao                                        DATE
125 Broad Street, 10th Floor
New York, NY 10004
212-970-6465


SO ORDERED:

_____                               6 /5/2026
THE HONORABLE LEWIS J. LIMAN                        DATE
UNITED STATES DISTRICT JUDGE


2025.02.20                          4